UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cr-00020-SNLJ-ACL |
| ) | |
| PHILIP RAY RUSSOM, JR., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on defendant's Motion to Dismiss Indictment (Doc. 44) based on the claim that the charged offense – knowingly possessing a firearm after having been convicted of a felony offense in violation of 18 U.S.C. § 922(g)(1) – is unconstitutional as applied to him. After briefing on whether the statute violates the Second Amendment under the *Bruen* case and its progeny, Magistrate Judge Abbie Crites-Leoni[1] issued a Report and Recommendation recommending the motion be denied (Doc. 51).

This Court's review of the Report and Recommendation is governed by 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. After full review of the record and briefing, this Court adopts, sustains, and incorporates herein the well-reasoned Report and Recommendation in its entirety and denies defendant's motion.

---

[1] Pursuant to 28 U.S.C. § 636(b) and Local Rule 2.08, all pretrial matters were referred to United States Magistrate Judge Abbie Crites-Leoni (Doc. 6).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni (Doc. 51), filed October 4, 2024, is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's Motion to Dismiss Indictment (Doc. 44) is **DENIED**.

Dated this 23rd day of October, 2024.

                                         _____
                                         STEPHEN N. LIMBAUGH, JR.
                                         SENIOR UNITED STATES DISTRICT JUDGE